FILED US District Court-UT
AUG 24 '26 PM04:45

# UNITED STATES DISTRICT COURT DISTRICT OF UTAH

## EMAIL FILING AND ELECTRONIC NOTIFICATION FORM FOR UNREPRESENTED PARTIES

Unrepresented (pro se) parties may file documents by email, receive electronic notification of case activity, and be served by email in any case in which they are a party. The primary email address listed below will be added to the case docket and will be the primary account to receive electronic notices from the court and service of some documents. Please review this form carefully before signing. This form may be hand-delivered, mailed, or emailed to the Clerk's Office (utdecf_clerk@utd.uscourts.gov).

Please check each box to register for:

☒ email filing and electronic notification ☐ electronic notification only

NAGENDRA PRASAD REDDY
Name

3861 N SPRING BROOK LN
Mailing Address

LEHI UT 84048
City, State, Zip Code

(414) 687 - 3000
Telephone

- Case Number 2:26-CV-00521-TC 790
- Primary email address (mandatory): PRASAD.REDDY@CAREPHYSICIAN.COM
- Secondary email address (optional): ______

I understand that I:

- ✓ will need to email documents to utdecf_clerk@utd.uscourts.gov to be electronically filed in the case.
- ✓ will receive notice of case activity from the court by email in all cases in which I am a party;
- ✓ must register with Public Access to Court Electronic Records (PACER) at http://www.pacer.gov to view case information and documents;
- ✓ will need to click on the hyperlinked-document number when I receive a Notice of Electronic Filing (NEF) from the court is a to view the document; and
- ✓ have one free view of a document hyperlink contained in a NEF, if viewed within 15 days after receipt, and that PACER will charge a fee to view the document after the first view and/or after 15 days and I should print and/or save the document for future use to avoid being charged a fee by PACER.

By signing this form, I certify that:

- ✓ documents will be emailed to the court in appropriately sized PDF format consistent with the requirements in the ECF Procedures Manual;
- ✓ documents will meet the redaction requirements outlined in DUCivR 5.2-1, or I will email to the Clerk's Office for filing a motion to file the documents under seal consistent with DUCivR 5-3;
- ✓ an appropriate electronic signature, as outlined in the ECF Procedures Manual, will be used on all documents emailed for filing;
- ✓ documents will meet the formatting requirements outlined in DUCivR 10-1 and the ECF Procedures Manual;
- ✓ consent is given to receive by email all filings that are required to be served under Fed. R. Civ. P. 5(a) and 77(d) and Fed. R. Crim. P. 49;
- ✓ service by email constitutes service under the above rules, and the right to service by mail is waived;
- ✓ under Fed. R. Civ. P. 5, I must serve all documents on parties who are not served through the court's CM/ECF system using mail, hand-delivery, or some other agreed-upon method;
- ✓ electronic notification requires that I will register with PACER to view case information and documents, and PACER may require payment of fees to use the service;

✓ • a valid email address will be provided to the Clerk's Office receive court communications and notices; and

✓ • notification of any name, mailing address, or email address changes will be immediately emailed to the Clerk's Office for filing.

Date: August 24th, 2026 Signature: ____________ NAGENDRA PRASAD REDDY

Please call the clerk's office at 801-524-6100 if you have questions concerning email filing and notification.