FILED
2026 SEP 23 PM 4:28
CLERK
U.S. DISTRICT COURT

Nagendra Prasad Reddy
3861 N Springbrook Ln
Lehi, UT 84048
Telephone: (414) 687-3000
Email: Prasad.Reddy@CarePhysician.com
Third-Party Defendant, appearing Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>PLAZA 106, LLC,<br><br>Debtor in Possession. | Bankruptcy No. 25-25459-PH<br><br>Chapter 11 |
| PLAZA 106, LLC,<br>Plaintiff and Counterclaim Defendant,<br>v.<br>FIRST UTAH BANK, a Utah state-chartered bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,<br>Defendants and Counterclaim Plaintiff,<br><br>FIRST UTAH BANK, a Utah State Chartered Bank,<br>Third-Party Plaintiff,<br>v.<br>NAGENDRA PRASAD REDDY,<br>Third-Party Defendant. | Case No. 2:26-cv-00790-RJS<br>Hon. Robert J. Shelby<br><br>Related case (earliest-filed):<br>Case No. 2:26-cv-00521-TC<br><br>Adv. Proc. No. 26-02063 |

## NOTICE OF MOTION TO CONSOLIDATE
## (DUCivR 42-1(b))

PLEASE TAKE NOTICE that, pursuant to DUCivR 42-1(b) and General Order 25-007, Third-Party Defendant Nagendra Prasad Reddy has filed in the earliest-filed case, Case No. 2:26-cv-00521-TC, a Motion to Consolidate Related Cases under Fed. R.

Civ. P. 42(a) and DUCivR 42-1, seeking consolidation of this case into Case No. 2:26-cv-00521-TC. A copy of the Motion and its proposed order is attached as Exhibit A.

DATED this 23rd day of September, 2026.

/s/ Nagendra Prasad Reddy
Nagendra Prasad Reddy
Third-Party Defendant, Pro Se
3861 N Springbrook Ln, Lehi, UT 84048
(414) 687-3000 | Prasad.Reddy@CarePhysician.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September, 2026, I caused a true and correct copy of the foregoing NOTICE, with its Exhibit A, to be served by electronic mail, pursuant to counsel's written consent to electronic service (Adv. Dkt. No. 51, Ex. B), on the following:

**Counsel for First Utah Bank and Michael R. Brown**
Parsons Behle & Latimer

Brian M. Rothschild
brothschild@parsonsbehle.com

Zack L. Winzeler
zwinzeler@parsonsbehle.com

Whitney E. McKiddy
WMcKiddy@parsonsbehle.com

Andrew J. Somers
ASomers@parsonsbehle.com

**Counsel for Plaza 106, LLC**
Brody Valerga, Valerga LLP
brody@valergalawyers.com

I further certify that the original was delivered to the Clerk of the United States District Court for the District of Utah for filing in Case No. 2:26-cv-00790-RJS.

/s/ Nagendra Prasad Reddy
Nagendra Prasad Reddy
Third-Party Defendant, Pro Se