Nagendra Prasad Reddy
3861 N Springbrook Ln
Lehi, UT 84048
Telephone: (414) 687-3000
Email: Prasad.Reddy@CarePhysician.com
Third-Party Defendant, appearing Pro Se

FILED
2026 SEP 24 AM 10:28
CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>PLAZA 106, LLC,<br><br>Debtor in Possession. | Bankruptcy No. 25-25459-PH<br><br>Chapter 11 |
| PLAZA 106, LLC,<br>Plaintiff and Counterclaim Defendant,<br>v.<br>FIRST UTAH BANK, a Utah state-chartered bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,<br>Defendants and Counterclaim Plaintiff,<br><br>FIRST UTAH BANK, a Utah State Chartered Bank,<br>Third-Party Plaintiff,<br>v.<br>NAGENDRA PRASAD REDDY,<br>Third-Party Defendant. | Case No. 2:26-cv-00790-RJS<br>Hon. Robert J. Shelby<br><br>Related case (earliest-filed):<br>Case No. 2:26-cv-00521-TC<br><br>Adv. Proc. No. 26-02063 |

**NOTICE OF ERRATA**
**(Regarding Dkt. No. 5)**

PLEASE TAKE NOTICE that the Notice of Motion to Consolidate filed in this case on September 23, 2026 (Dkt. No. 5) referenced a copy of the Motion and its proposed order as attached Exhibit A. The exhibit was inadvertently omitted from the

transmission to the Clerk's Office. In place of Exhibit A, the Court is respectfully referred to the Motion and proposed order as filed and docketed in the earliest-filed case: Plaza 106, LLC v. First Utah Bank, Case No. 2:26-cv-00521-TC, Dkt. No. 8 (Motion to Consolidate Related Cases) and Dkt. No. 8-1 (Proposed Order), each filed September 23, 2026. Counsel for all parties were served with the filed Motion and Proposed Order by electronic mail on September 24, 2026.

DATED this 24th day of September, 2026.

/s/ Nagendra Prasad Reddy
Nagendra Prasad Reddy
Third-Party Defendant, Pro Se
3861 N Springbrook Ln, Lehi, UT 84048
(414) 687-3000 | Prasad.Reddy@CarePhysician.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September, 2026, I caused a true and correct copy of the foregoing NOTICE OF ERRATA to be served by electronic mail, pursuant to counsel's written consent to electronic service (Adv. Dkt. No. 51, Ex. B), on the following:

**Counsel for First Utah Bank and Michael R. Brown**
Parsons Behle & Latimer

Brian M. Rothschild
brothschild@parsonsbehle.com

Zack L. Winzeler
zwinzeler@parsonsbehle.com

Whitney E. McKiddy
WMcKiddy@parsonsbehle.com

Andrew J. Somers
ASomers@parsonsbehle.com

**Counsel for Plaza 106, LLC**
Brody Valerga, Valerga LLP
brody@valergalawyers.com

I further certify that the original was delivered to the Clerk of the United States District Court for the District of Utah for filing in Case No. 2:26-cv-00790-RJS.

/s/ Nagendra Prasad Reddy
Nagendra Prasad Reddy
Third-Party Defendant, Pro Se